## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAVID ANDERSON**                                                                              **PLAINTIFF**
**ADC #87368**

**V.**                              **CASE NO.: 5:10CV00056 JMM/BD**

**W. STRAUGHN, et al.**                                                            **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge

Beth Deere.  After careful review of the recommendation, the timely objections received

thereto, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

Plaintiff's claims raised in both his original and amended Complaints are

DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 8th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE