## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAVID ANDERSON**                                                                 **PLAINTIFF**
**ADC #87368**

**V.**                       **CASE NO.: 5:10CV00056 JMM/BD**

**W. STRAUGHN, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED this 8th day of April, 2010.


_____
UNITED STATES DISTRICT JUDGE